UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No.   1:20CR71MSM-PAS |
| v. | In violation of 8 U.S.C. §§ 1326(a) and (b)(2); 42 U.S.C. §408(7)(B); 18 U.S.C. §1015(e); 18 U.S.C. §1028(a)(4); and 18 U.S.C. §1028A(a)(1). |
| DAVID ARTEAGA-VALLE Defendant | |

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about January 26, 2019, in the District of Rhode Island, defendant

DAVID ARTEAGA-VALLE, an alien who had previously been removed from the

United States, knowingly entered the United States and was found in the District of

Rhode Island without having obtained the express consent of the Attorney General of

the United States to re-apply for admission into the United States in violation of 8

U.S.C. § 1326(a) and (b)(2).

## COUNT 2

On or about January 26, 2019, in the District of Rhode Island, defendant

DAVID ARTEAGA-VALLE, with the intent to deceive, falsely represented a number

to be the social security account number assigned by the Commissioner of Social

Security to him for the purpose of obtaining something of value, a Rhode Island

Driver's license, from a person, the Rhode Island Department of Motor Vehicles, in

violation of 42 U.S.C. §408(7)(B).

## COUNT 3

On or about January 26, 2019, in the District of Rhode Island, defendant DAVID ARTEAGA-VALLE, knowingly made a false statement that he is a citizen of the United States with the intent to obtain a State benefit or service for himself, to wit, a Rhode Island driver's license in violation of 18 U.S.C. §1015(e).

## COUNT 4

On or about August 10, 2017, in the District of Rhode Island, defendant DAVID ARTEAGA-VALLE, knowingly possessed an identification document, a Rhode Island Driver's License in the name of RM (other than one issued lawfully for the use of the possessor), with the intent that such document be used to defraud the United States in violation of 18 U.S.C. §1028(a)(4).

## COUNT 5

On or about January 26, 2019, the defendant DAVID ARTEAGA-VALLE knowingly used, without lawful authority, a means of identification of another person in relation to a felony violation of 42 U.S.C. §408(7)(b), by falsely representing a social security number assigned by the Commissioner of Social Security to RM, in order to obtain something of value, a Rhode Island Driver's license, from a person in violation of 18 U.S.C. §1028A(a)(1).

A TRUE BILL:

████████████████████████

Grand Jury Foreperson


AARON L. WEISMAN
United States Attorney

STACEY VERONI
Assistant U.S. Attorney


WILLIAM FERLAND
Assistant U.S. Attorney Criminal Division Chief

DATE:_____8/21/2020_____